**InterContinental Hotels Group**       8/15/2017
Payroll Service Center
P.O. Box 17091
Augusta, GA 30903      SR# 37234440



RE:     RE:     Jagtar Singh Otal / Parmji
        SSN:    XXX-XX- 7268
        Case:    17-51435 MEH 7

To Whom it may concern:

Enclosed is the paperwork sent to us regarding the above named individual. This letter serves as notification that we are unable to match the employee record due to no system match or insufficient information including or not limited to:
- First Name, Last Name
- Employee Address
- Employee Social Security Number

As a result, this order as currently written can not be implemented.

However, should you have any of the above information, please resubmit a corrected copy of the order with the sufficient information to the below address.

Should you have any additional questions, or need additional information, please contact our service center.

Sincerely,

InterContinental Hotels Group
Payroll Service Center
Phone:    888-698-3268
Fax:      888-673-2141



Form NPD

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| In Re: | Jagtar Singh Otal and Parmjit Kaur Otal | Case No.: 17–51435 MEH 7 |
|---|---|---|
| | Debtor(s) | Chapter: 7 |

## NOTICE OF POSSIBLE DIVIDEND

RECEIVED JUL 2 6 2017

TO THE DEBTOR AND ALL INTERESTED PARTIES:

Notice is given that the notice of meeting of creditors advised you that there were no assets in this case. It now appears that a payment of a dividend may be possible.

**Pursuant to Federal Rule of Bankruptcy Procedure 3002(c)(5), creditors may file proofs of claim on or before 10/17/17.**

A proof of claim form, in blank with instructions for completion, is available from the Court at the address listed below, or online at: http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx .

In order to receive a copy of your proof of claim you must:

1. Enclose with your proof of claim one (1) original and one (1) copy of your proof of claim.

2. You must also enclose a self-addressed, postage paid envelope large enough to accommodate your conformed copy of the claim.

3. Please sign and print or type your name clearly underneath your signature.

Unless all of the above steps are completed, no return conformed copy of your claim will be sent out.

NO FEE FOR FILING CLAIMS

MAIL CLAIMS TO:

U.S. Bankruptcy Court
280 South First Street
Room 3035
San Jose, CA 95113

01202059   IHG
          JAGTAR & PARMJIT OTAL
FedEx     7797 4009 6160
3 pq      08/02/2017

Dated: 7/19/17

For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court

Doc # 29