SANDI M. COLABIANCHI (SBN 193872)
scolabianchi@grsm.com
GORDON&REES SCULLY MANSUKHANI
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

*Proposed* Attorneys for Doris Kaelin
Trustee in Bankruptcy

The following constitutes
the order of the court. Signed August 31, 2017

_____
M. Elaine Hammond
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| IN RE JAGTAR SINGH OTAL AND PARMJIT KAUR OTAL,<br><br>Debtors. | CASE NO. 17-51435 MEH<br>Chapter 7<br><br>**ORDER APPROVING TRUSTEE'S APPLICATION FOR AUTHORITY TO EMPLOY COUNSEL (GORDON & REES LLP)**<br><br>(No Hearing Required) |

Upon the Application of Doris A. Kaelin, Trustee in Bankruptcy of the estate of the above-named Debtor; it

APPEARING that Gordon & Rees LLP is qualified to represent the Trustee in these proceedings, that employment of counsel will be in the best interests of the estate, that counsel represents no interest adverse to the estate, and that notice and a hearing are not necessary in connection with the Application; it is hereby:

ORDERED that Doris A. Kaelin, Trustee in Bankruptcy, is authorized, pursuant to 11 U.S.C. Section 327, to employ Gordon & Rees LLP, as her counsel to assist her in all matters arising in or related to this Chapter 7 proceeding; and it is

FURTHER ORDERED that no compensation shall be allowed or paid except pursuant to further Court order.

**END OF ORDER**

**COURT SERVICE LIST**

Parties That Are Required to be Served Receive Service by Notice of Electronic Filing.

Gordon Rees Scully Mansukhani, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

NA/34139452v.1